### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| MICHAEL D. HAWKINS, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL MOTORS, LLC, and UNITED ) <br> AUTO WORKERS LOCAL 31, ) <br> ) <br> Defendants. ) | Case No. 2:25-cv-02559 |

### DEFENDANT GENERAL MOTORS LLC'S
### PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Memorandum in Support of this Motion, which is incorporated as though fully set forth herein, Defendant General Motors, LLC ("Defendant" or "GM") moves for this Court's Order dismissing with prejudice Plaintiff Michael D. Hawkins' claims against GM in his Petition, including his breach of contract and wrongful termination claims, due to the claims being preempted by § 301 of the Labor Management Relations Act ("LMRA") and time barred by the applicable statute of limitations.

WHEREFORE, Defendant prays for an Order dismissing Count I of Plaintiff's Petition with prejudice and for such other relief the Court deems fair and just.

Respectfully submitted,

By: */s/ Stacy M. Bunck*
Stacy M. Bunck, KS# 20531
**OGLETREE DEAKINS NASH SMOAK & STEWART PC**
700 West 47th Street, Suite 500
Kansas City, Missouri 64112
Phone: 816-471-1301
Facsimile: 816-471-1303
stacy.bunck@ogletree.com

**ATTORNEY FOR DEFENDANT GENERAL MOTORS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of October, 2025, I caused the above and foregoing to be electronically filed using the Court's CM/ECF system which will provide electronic notification to the following counsel:

| | |
|---|---|
| Atif Abdel-Khaliq, KS #10552<br>MCINTOSH LAW OFFICES<br>1333 Meadowlark Lane, Suite 203<br>Kansas City, KS 66102<br>Phone: 913-281-5051<br>Facsimile: 913-281-3211(t)<br>atifmcintoshlaw@gmail.com<br><br>**ATTORNEY FOR PLAINTIFF** | Jacob "Jake" Miller, KS #28337<br>GRISSOM MILLER LAW FIRM, LLC<br>1600 Genessee Street, Ste. 460<br>Kansas City, MO 64102<br>Phone: 816-336-1213<br>Facsimile: 816-384-1623<br>jake@grissommiller.com<br><br>**ATTORNEY FOR DEFENDANT**<br>**UNITED AUTO WORKERS LOCAL 31** |

                                        */s/ Stacy M. Bunck*
                                        **ATTORNEY FOR DEFENDANT**
                                        **GENERAL MOTORS, LLC**