IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL D. HAWKINS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    Case No. 2:25-cv-02559-TC-GEB |
| v. | ) |
| | ) |
| **UNITED AUTO WORKERS** | ) |
| **LOCAL 31, et al** | ) |

### DEFENDANT UNITED AUTO WORKERS LOCAL 31'S
### PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), and for the reasons set forth in the Memorandum in Support of this Motion, which is incorporated as though fully set forth herein, Defendant United Auto Workers Local 31 (hereinafter "UAW" or "Defendant") moves for this Court's order dismissing with prejudice Plaintiff Michael D. Hawkins' claims against UAW in his Petition, including an alleged breach of the union's fiduciary duty, due to the claims being wholly unsupported by longstanding law as well as time-barred by the applicable statute of limitations.

WHEREFORE, Defendant UAW prays for an Order dismissing Count II of Plaintiff's Petition with prejudice, as well as sanctions as outlined in Defendant's Memorandum in Support, and any other relief the Court deems fair and just.

                                                      Respectfully submitted,

                                                      */s/ Conner Mitchell*
                                                      Jake Miller, KS #28337
                                                      Conner Mitchell, D. Kan. #79215
                                                      Grissom Miller Law Firm, LLC
                                                      1600 Genessee Street, Ste. 460
                                                      Kansas City, MO 64102

        T – 816-336-1213
        F – 816-384-1623
        jake@grissommiller.com
        cam@grissommiller.com

*Attorneys for Defendant United Auto Workers Local 31*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and complete copy of the above and foregoing was filed on this 10th day of October, 2025, via the Court's CM/ECF eFiling system, providing notice and a copy of the same to all counsel of record.

*/s/ Conner Mitchell*

2