**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MICHAEL D. HAWKINS,          )

        Plaintiff,           )

                       )

v.                      )  **Case No. 25-2559-TC-GEB**

GENERAL MOTORS, LLC, et al.    )

        Defendants.       )

## ORDER TO SUBSTITUTE PARTY

This matter comes before the Court on the parties' Joint Oral Motion to Substitute Party (ECF No. 36) ("Motion"). Having been advised by the parties of the correct legal name, the Court **GRANTS** the parties' Motion and hereby substitutes General Motors LLC for General Motors, LLC. The Court directs the Clerk of the Court to update the docket to reflect the correct party as General Motors LLC.

IT IS SO ORDERED.

Dated this 30th day of May 2026.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge